Honorable John. C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERNA REYNOLDS,<br><br>Plaintiff<br><br>vs<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:24-CV-01094-JCC<br><br>**ORDER SETTING EXPERT DISCLOSURES DEADLINE**<br><br>~~**(Proposed)**~~<br><br>**Note for Motion Calendar:**<br>**January 6, 2025** |

THIS MATTER coming on before the above-entitled Court upon the parties' Stipulated Motion To Set Expert Disclosures Deadline, and the Court being advised in the premises, it is now, therefore,

ORDERED, ADJUDGED AND DEGREED that the deadline for the parties to exchange Expert Disclosures is set for August 1, 2025.

DATED this __6th__ day of __January_____, 2025.

_John C. Coughenour_
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER SETTING EXPERT DISCLOSURES
DEADLINE – Page 1
2:24-CV-01094-JCC

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA 98109
Tel (206) 682-0300
Fax (206) 224-0102

| | |
|---|---|
| Presented by:<br><br>ADLER GIERSCH PS<br><br><br>*s/Melissa D. Carter*<br>Melissa D. Carter, WSBA #36400<br>333 Taylor Avenue North<br>Seattle, WA 98109<br>Telephone: (206) 682-0300<br>Facsimile: (206) 224-0102<br>Email: mdcarter@adlergiersch.com<br>Attorney for Plaintiff | Copy Received; Notice of Presentation Waived:<br><br>FOX ROTHSHILD LLP<br><br>*s/Sarah D. Macklin*<br>Bryan J. Case, WSBA #41781<br>Sarah D. Macklin, WSBA #49624<br>1001 Fourth Avenue, Suite 400<br>Seattle, WA 98154<br>Telephone: (206) 624-3600<br>Facsimile: (206) 389-1708<br>Email: bcase@foxrothschild.com<br>      smacklin@foxrothschild.com<br>Attorneys for Defendant |

ORDER SETTING EXPERT DISCLOSURES
DEADLINE – Page 2
2:24-CV-01094-JCC

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA 98109
Tel (206) 682-0300
Fax (206) 224-0102